# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1847

———————————————

First Student, Inc.,
FirstGroup America, Inc., and
Doreen Spillman,

    Petitioners,

    v.

Steffeney Williams,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

January 7, 2019

Per Curiam.

Petitioners are defendants in a traffic-accident lawsuit. They seek a writ of certiorari, contending the trial court erred in compelling them to answer interrogatories that seek irrelevant information. To invoke this Court's certiorari jurisdiction, though, Petitioners must show irreparable harm. *See, e.g., Mayport Hous. P'ship, Ltd. v. Albani*, 244 So. 3d 1176, 1178 (Fla. 1st DCA 2018). A trial court's error in granting discovery is ordinarily not a basis for certiorari relief. *Bd. of Trustees of Internal Improvement Tr. Fund v. Am. Educ. Enters., LLC*, 99 So. 3d 450, 457 (Fla. 2012). Here, Petitioners make no showing of privilege or other special basis that would overcome the general rule. We therefore conclude that Petitioners have not shown irreparable harm, meaning we

lack jurisdiction to grant relief. *Mayport Hous. P'ship*, 244 So. 3d at 1178.

DISMISSED.

ROBERTS, RAY, and WINSOR, JJ., concur.

––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––

Therese A. Savona of Cole Scott & Kissane, P.A., Orlando; Kathryn L. Ender of Cole Scott & Kissane, P.A., Miami, for Petitioners.

Raymond M. Ravis of Dunlap, Ravis & Miller, PLLC, Jacksonville, for Respondent.